IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHANIE CUDE, et al., Plaintiff, vs. Fairbury Clinic, P.C., and JEFFERSON COMMUNITY HEALTH CENTER, Defendants. | Case No. 8:04CV611 **ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. Appearing telephonically were R. Palagi, Wm. Settles, and M. Christensen. After reviewing the status of the case,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **Thursday, August 4, 2005 at 1:30 p.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 13th day of June 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge