IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STEPHANIE CUDE, and )
CHRISTIAN CUDE, )
)
Plaintiffs, ) 8:04CV611
)
v. )
)
FAIRBURY CLINIC and JEFFERSON ) ORDER
COMMUNITY HEALTH CENTER, )
)
Defendants. )
)

On the court's own motion,

IT IS ORDERED that the trial (jury) of this matter is continued from March 14, 2006 to **Tuesday, April 11, 2006** before Judge Laurie Smith Camp.

DATED October 31, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge