# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTIAN CUDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:04CV611 |
| vs. ) | |
| ) | ORDER |
| THE FAIRBURY CLINIC, P.C., et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the motion of Jefferson Community Health Center for an extension of time to identify expert witnesses. For good cause shown, and upon the representation that plaintiff's counsel agrees to a 30-day extension,

**IT IS ORDERED** that the motion for extension of time (#51) is granted. Defendant, Jefferson Community Health Center, is given until and including **November 27, 2005** to identify expert witnesses pursuant to paragraph 2 of the Final Progression Order (#45).

**DATED November 3, 2005.**

                **BY THE COURT:**

                s/ F.A. Gossett
                **United States Magistrate Judge**