IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTIAN CUDE, A Minor, By and Through His Mother and Next Friend, STEPHANIE CUDE, | ) ) ) ) Case No. 8:04cv611 |
| Plaintiff, | ) |
| vs. | ) ) **ORDER** |
| THE FAIRBURY CLINIC, P.C., and JEFFERSON COMMUNITY HEALTH CENTER, INC., d/b/a JEFFERSON COUNTY HOSPITAL, | ) ) ) ) |
| Defendants. | ) |

This matter is before the Court on the defendant Fairbury Clinic, P.C.'s Motion to Continue (#56) and their request for a hearing on the motion.

**IT IS ORDERED:**

1. The hearing on the Motion (#56) is set to be heard by the undersigned magistrate judge on **Wednesday, November 16, 2005 at 1:30 P.M.**, by telephone conference call initiated by counsel for Fairbury Clinic.

Dated this 10th day of November 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge