IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHANIE CUDE, Mother and Next Friend of CHRISTIAN CUDE, A Minor,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THE FAIRBURY CLINIC and JEFFERSON COMMUNITY HEALTH CENTER,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)　　8:04CV611<br>)<br>)　　ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

This matter is before the court on its own motion, to reschedule the final pretrial conference.

**IT IS ORDERED:**

1. The Amended Final Progression Order [59] is amended **only** to reschedule the date and time of the final pretrial conference.

2. The final pretrial conference currently set for August 28, 2006 is rescheduled to **Monday, August 21, 2006, at 3:00 p.m.,** before the undersigned magistrate judge.

3. If this new date creates a conflict for counsel, please contact opposing counsel and the court at (402) 661-7340 to reschedule.

Dated this 3rd day of March 2006.

　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　S/ F. A. Gossett
　　　　　　　　　　　　　　United States Magistrate Judge