IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHANIE CUDE, Mother and Next Friend of CHRISTIAN CUDE, A Minor,<br><br>    Plaintiff,<br><br>vs.<br><br>THE FAIRBURY CLINIC and JEFFERSON COMMUNITY HEALTH CENTER,<br><br>    Defendants. | Case No. 8:04CV611<br><br>**ORDER** |

On the Court's own motion, the final pretrial conference in this case will be rescheduled.

**IT IS ORDERED** that the final pretrial conference now scheduled for August 21, 2006 at 3:00 p.m., is rescheduled to **August 14, 2006 at 3:00 p.m.** The conference will be held in the chambers of the undersigned magistrate judge, Room 2210, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 13th day of July 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge