IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHANIE CUDE, as parent of<br>CHRISTIAN CUDE, a minor, | )<br>)<br>) | CASE NO. 8:04CV611 |
| Plaintiff, | )<br>) | |
| | ) | ORDER |
| V. | )<br>) | |
| FAIRBURY CLINIC, and JEFFERSON<br>COMMUNITY HEALTH CENTER, | )<br>)<br>) | |
| Defendants. | )<br>) | |

This matter is before the Court on the Plaintiff's Motion for an Extension of Time in which to file her brief and evidence in opposition to the motion in limine filed by Defendant Fairbury Clinic. Plaintiff represents in the motion that the Defendants do not object to the extension of time, and I find that the motion should be granted.

IT IS ORDERED:

1. The Motion for an Extension of Time (Filing No. 82) is granted; and

2. Plaintiff shall file her brief and evidence, if any, in opposition to the Fairbury Clinic's motion in limine on or before Friday, September 29, 2006.

DATED this 16th day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge