```
                                              FILED
                                        US DISTRICT COURT
                                        DISTRICT OF NEBRASKA

                                           SEP 0 8 2006

                                         OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTIAN CUDE, A Minor, By and Through His Mother and Next Friend, STEPHANIE CUDE,<br><br>Plaintiff,<br><br>v.<br><br>THE FAIRBURY CLINIC, P.C. and JEFFERSON COMMUNITY HEALTH CENTER, INC., a/k/a JEFFERSON COUNTY HOSPITAL,<br><br>Defendants. | CIVIL NO 8:04CV611<br><br>**ORDER AUTHORIZING SETTLEMENT** |

This matter comes before the Court by agreement of the parties. The Court has been advised that the parties have reached a settlement agreement, and has been advised, *in camera*, regarding the terms of the settlement. The Court finds that the parties should be, and hereby are, authorized to settle this case, and that funds may be dispersed from the Nebraska Excess Liability Fund.

IT IS, THEREFORE, ORDERED, that the parties are authorized to settle this case pursuant to the terms disclosed, *in camera*, and funds may be dispersed from the Nebraska Excess Liability Fund as necessary for this purpose.


Dated this 8th day of September, 2006.

BY THE COURT

_____
Honorable F.A. Gossett III

SUBMITTED BY:
Joseph B. Muller
Law Offices of Ronald J. Palagi, P.C., L.L.O.
3131 South 72nd Street
Omaha, NE 68124
(402) 397-5000 (tel)
(402) 392-1304 (fax)

Attorney for Plaintiff