# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTIAN CUDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:04CV611 |
| vs. ) | |
| ) | ORDER |
| THE FAIRBURY CLINIC, P.C., et al., ) | |
| ) | |
| Defendants. ) | |

Upon notice of settlement given to the magistrate judge by plaintiff's counsel,

**IT IS ORDERED:**

1.   On or before **November 20, 2006**, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Laurie Smith Camp (smithcamp@ned.uscourts.gov) a draft order which will fully dispose of the case.

2.   Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

**DATED October 18, 2006.**

            **BY THE COURT:**

            **s/ F.A. Gossett**
            **United States Magistrate Judge**