IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHANIE CUDE, in her capacity as mother and next friend of CHRISTIAN CUDE, a minor,<br><br>Plaintiff,<br><br>v.<br><br>FAIRBURY CLINIC, P.C., and JEFFERSON COMMUNITY HEALTH CENTER,<br><br>Defendants. | CASE NO. 8:04CV611<br><br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Plaintiff's Motion to Dismiss. The parties have settled their dispute. I have reviewed the motion and find that it satisfies the requirements of Fed. R. Civ. P. 41(a)(1), and should be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion to Dismiss (Filing No. 92) is granted;

2. The Amended Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney fees.

DATED this 21st day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge